**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

| | |
|---|---|
| Blue Turtle Consulting, Inc.,<br><br>Plaintiff,<br><br>vs.<br><br>The Stelter Company,<br><br>Defendant. | Civil File No. 01-CV-632 (RHR/JMM)<br><br>**STIPULATION AND ORDER TO EXTEND DEADLINE TO RESPOND TO COMPLAINT** |

The parties, by and through their undersigned counsel, hereby stipulate and agree that defendant may and shall have until April 26, 2001, to answer, move or otherwise plead in response to plaintiff's Complaint in the above-captioned action.

SO AGREED.

Dated: April 16, 2001

LARKIN, HOFFMAN, DALY
& LINDGREN, LTD.

Sonya R. Braunschweig

Alan L. Kildow, #143133
Sonya R. Braunschweig, #290282
1500 Wells Fargo Plaza
7900 Xerxes Avenue South
Minneapolis, MN 55431-1194
(952) 835-3800

Attorneys for Plaintiff
Blue Turtle Consulting, Inc.

APR 18 2001

Dated: April 17, 2001

FAEGRE & BENSON LLP

Eunice P. de Carvalho

Eunice P. de Carvalho, #257473
2200 Wells Fargo Center
90 South Seventh Street
Minneapolis, MN 55402-3901
(612) 336-3000

Attorneys for Defendant
The Stelter Company

**ORDER**

IT IS SO ORDERED.

DATED: 4/18, 2001

John M. Mason
United States Magistrate Judge

M2:20381700.01