120103

UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

OFFICE OF THE CLERK

U.S. COURTHOUSE
300 SOUTH 4TH STREET, SUITE 202
MINNEAPOLIS, MN 55415

FRANCIS E. DOSAL, CLERK
(612) 664-5000

Case Number: 01-CV-632 (RHK/JMM)

PETITION FOR ADMISSION PRO HAC VICE

Affidavit of Movant

I, Eunice P. de Carvalho, an active member in good standing of the bar of the U.S. District Court for the District of Minnesota, request that this court admit pro hac vice Terri L. Combs, an attorney admitted to practice in the Northern and Southern Districts of Iowa, the Southern District of New York, the District of Columbia, and the States of New York and Iowa, but not admitted to the bar of this court, who will be counsel for the ( ) plaintiff (x) defendant The Stelter Company in the cause(s) listed below. I am aware that the local rules of this court require that I participate in the preparation and presentation of these cases, and that I accept service of all papers served.

April 16, 2001
(Date)

Eunice P. de Carvalho
(Signature)

Minnesota Attorney
License Number: 257473

Law Firm: Faegre & Benson LLP
Suite/Bldg: 2200 Wells Fargo Center
Street Address: 90 South Seventh Street
City, State Zip: Minneapolis, Minnesota 55402
Telephone: (612) 336-3000

Affidavit of Proposed Admittee

I, Terri L. Combs, am currently a member in good standing of the U.S. District Courts for the Northern and Southern Districts of Iowa, and the Southern District of New York, but am not admitted to the bar of this court. I understand that if this court grants me admission pro hac vice, the movant bringing this motion must participate in the preparation and presentation of the matters listed below, and must accept service of all papers served.

Case Number: 01-CV-632 (RHK/JMM) Judge Assigned: The Honorable Richard H. Kyle
Case Title: Blue Turtle Consulting, Inc. v. The Stelter Company

April 13, 2001
(Date)

Terri L. Combs
(Type/Print Name)

(Signature)

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
(Social Security No.)

#PK0014590 (IA)
(Atty. License No.)

S.D. N.Y. – 9/1184; S.D.IA and N.D.IA – 12/23/94
(Date of Admission)

Law Firm: Faegre & Benson, LLP
Suite/Bldg: 400 Capital Square
Street Address: 400 Locust
City, State Zip: Des Moines, Iowa 80202
Telephone: (515) 248-9000

Motion Granted; Francis E. Dosal
For the Court, Francis E. Dosal, Clerk

APR 23 2001
Date

Note: The original of this form and the Pro Hac Vice admission fee of $25.00 shall be filed with the Clerk of Court before you will be included in the roll of admitted attorneys and receive notices generated in the above entitled action.

FILED APR 23 2001
FRANCIS E. DOSAL CLERK
JUDGMENT ENTD ______
DEPUTY CLERK ______