UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | | |
|---|---|---|
| Blue Turtle Consulting, Inc.,<br><br>Plaintiff,<br><br>vs.<br><br>The Stelter Company,<br><br>Defendant. | ) | Civil File No. 01-CV-632 (RHR/JMM)<br><br>**STIPULATION AND ORDER OF DISMISSAL** |

The parties to this action, having entered into a settlement of all claims and counterclaims asserted herein, hereby stipulate, through their respective undersigned attorneys, that the above-entitled action may be, and hereby is, dismissed with prejudice and on the merits without costs to any party, and that a judgment of dismissal with prejudice and on the merits may be entered pursuant hereto without further notice.

Dated: July 17, 2001

FAEGRE & BENSON LLP

Eunice P. de Carvalho

Terrie L. Combs, (Pro Hac Vice)
Eunice P. de Carvalho, #257473
2200 Wells Fargo Center
90 South Seventh Street
Minneapolis, MN 55402-3901
(612) 336-3000

Attorneys for Defendant
The Stelter Company

JUL 18 2001
FILED
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD JUL 18 2001
DEPUTY CLERK

Dated: July 10, 2001

LARKIN, HOFFMAN, DALY
& LINDGREN, LTD.

Alan L. Kildow, #143133
Sonya R. Braunschweig, #290282
1500 Wells Fargo Plaza
7900 Xerxes Avenue South
Minneapolis, MN 55431-1194
(952) 835-3800

Attorneys for Plaintiff
Blue Turtle Consulting, Inc.

## ORDER

Pursuant to the foregoing Stipulation,

**IT IS HEREBY ORDERED AND ADJUDGED** that the above-entitled action be, and the same hereby is, dismissed with prejudice without costs or disbursements to any party.

Dated: 7/18/01

~~Robert G. Renner~~ Kyle
United States District Court Judge

M2:20398061.01

# Please forward this announcement to the recipient of this fax.

---

# The United States District Court, District of Minnesota announces two new programs!

**Expedited Trials** –The Court will begin offering parties an opportunity to participate in a program called Expedited Trials beginning July 2, 2001. This voluntary program offers an alternative to traditional case processing by allowing for a shorter time period from filing to disposition. Discovery and motion practice will be sharply limited as a means to reduce time and expense. Procedural rules are on the Court's website at www.mnd.uscourts.gov. If you would like additional information about the Expedited Trials Program, contact one of our clerk's offices at the phone numbers listed below.

**Courtroom Technology – Phase II** – In June 2001, the District of Minnesota began upgrading, installing, and enhancing the technology available to counsel in the courtroom. The project will continue through early fall and will ultimately upgrade all Article III Judge courtrooms in St. Paul and Minneapolis. To assist counsel with this transition, the District Court is offering a hands-on class, worth one hour of CLE credit at both courthouses. Classes will be held over the lunch hour. Course registration can be done by visiting www.mnd.uscourts.gov or by calling Kristine at 612-664-5125.

## For additional information on either program please visit our website at www.mnd.uscourts.gov.

---

700 Federal Building
316 North Robert Street
St. Paul, MN 55101
(651) 848-1100

202 U.S. Courthouse
300 South Fourth Street
Minneapolis, MN 55415
(612) 664-5000

417 U. S. Courthouse
515 West First Street
Duluth, MN 55802
(218) 529-3500